IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01721-RPM

GEORGE HARRIS,

    Plaintiff,

v.

ROBERT A. FRANCIS,
LORI POLLOCK,
LANI POLLOCK, and
JOHN DOE and JANE DOE One Through Ten,

    Defendants.

_____

**ORDER GRANTING DISMISSAL WITH PREJUDICE**
_____

THE COURT, having considered the Stipulated Motion for Dismissal With Prejudice filed by the parties, and being fully advised, hereby ORDERS that all claims in this action are dismissed with prejudice, each party to bear his or her own costs and attorneys' fees.

Dated this 12th day of December, 2005.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Senior United States District Court Judge